RECEIVED
BY MAIL
NOV 20 2006
CLERK, US DIST. COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-380(09) ADM/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HENOK FITWI,<br><br>Defendant,<br><br>and<br><br>TCF BANK,<br><br>Garnishee. | APPLICATION FOR WRIT OF GARNISHMENT |

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Garnishment upon the judgment entered against the above-named defendant, Henok Fitwi, Social Security Number, XXX-XX-4057, with the last known address of XXXX, Fridley, MN 55432.

The judgment was entered on February 4, 2003, for criminal monetary impositions. The judgment was entered in the amount of $973,108.51.

As of November 7, 2006, after applying payments, if any, the balance on this judgment debt was $972,275.88 in principal and costs.

SCANNED
NOV 20 2006
U.S. DISTRICT COURT ST. PAUL

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has failed to satisfy the debt as set forth in the demand.

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is: TCF Bank, 801 Marquette Avenue, Minneapolis, MN 55402

Dated: November 13, 2006

RACHEL K. PAULOSE
United States Attorney

M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600