UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Crim. No. 01-380(9) ADM/RLE

UNITED STATES OF AMERICA,

Plaintiff,

vs.

HENOK FITWI,

Defendant,

TCF BANK,

Garnishee.

**GARNISHMENT ORDER**

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee. The garnishee indicates that the defendant has no funds in his bank accounts.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on December 7, 2006, is hereby released.

Dated: January 22, 2007

BY THE COURT:

s/Raymond L. Erickson

Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE